JAMES B. BRENNAN *v.* SUSAN BOOTH
(2216)

BORDEN, SPALLONE and DALY, Js.

Argued December 5, 1984—decision released January 22, 1985

172

*Barry Ward,* for the appellant (defendant).
*James B. Brennan,* pro se, filed a brief.

PER CURIAM. The trial court erred in denying the defendant's motion to open and set aside the default judgment. Upon the denial of her request to revise, the defendant was entitled to fifteen days within which to plead. See Practice Book §§ 112 and 114.

There is error, the default judgment is set aside and the case is remanded with direction to be proceeded with according to law.